Nettie Richman, as Administratrix of the Estate of Alex Richman, Deceased, Appellant, *v.* Louis Follman, Respondent.

Submitted June 6, 1941; decided July 29, 1941.

*Alexander D. Diamond, Morris H. Bloomberg* and *Irving Bloomberg* for appellant.

*Harold R. Medina, Gerard M. Bloomfield* and *John W. Jordan* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS and DESMOND, JJ. Dissenting: RIPPEY and CONWAY, JJ.